**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| BRIAN HUTCHINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:25-CV-236 |
| | § | |
| T. RINGO, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Brian Hutchins, an inmate confined at the Polansky Unit of the Texas Department of Criminal Justice, proceeding *pro se*, filed the above-styled civil rights lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends denying Plaintiff's motion for default judgment.

The court has received and considered the magistrate judge's Report and Recommendation, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. Fed. R. Civ. P. 72(b).

After careful consideration, the court finds that the objections are without merit. The magistrate judge correctly concluded that there is no basis on the current record to support the entry of default judgment.

## ORDER

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is

**ADOPTED**. The motion for default judgment (#9) is **DENIED**.

SIGNED at Beaumont, Texas, this 2nd day of November, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE